UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMBER R. WRIGHT,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

Case No. 19-10886

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
PATRICIA T. MORRIS

**ORDER ADOPTING REPORT AND RECOMMENDATION [19]; GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [15]; DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [17]; AND REMANDING CASE**

On January 14, 2020, the Magistrate Judge issued a Report and Recommendation ("R&R") [19] on Plaintiff's Motion for Summary Judgment [15] and Defendant's Motion for Summary Judgment [17]. The R&R recommended that the Court grant Plaintiff's Motion, deny Defendant's Motion, and remand the case for further proceedings pursuant to 42 U.SC. § 405(g). Neither party has filed an objection to the R&R.

The Court having reviewed the record, the R&R [19] is hereby **ADOPTED** and entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment [15] is **GRANTED.**

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment [17] is **DENIED**.

**IT IS FURTHER ORDERED** that the case is **REMANDED** to the ALJ for further proceedings consistent with the R&R.

**SO ORDERED**.

s/Arthur J. Tarnow
Arthur J. Tarnow
Dated: February 19, 2020	Senior United States District Judge